## FRAUDULENT POSSESSION OF CHATTELS.

SMITH *v.* HOE and ACKER, 23 Wend. 653.

Not reported below.

*Fraudulent Mortgage of Chattels ; Possession.*

IN this case the presiding judge, on the trial before the jury, had ruled that the mortgage being unaccompanied by *an immediate delivery,* and not followed by an actual and continued change of possession of the property, and no reason *sufficient in the law* being shown for want of possession by the mortgagee; the mortgage was fraudulent, and *refused to submit* the question of *fraudulent intent* as a question of *fact* to the jury.

The Supreme Court affirmed the decision ; but

The Court of Errors held, 1. That the mortgage was not *void* for mere want of the possession required by the Rev. Stat., if it be made to appear on the part of the mortgagor, that it was *made in good faith,* and without any *intent to defraud* purchasers or creditors.

2. That the continuance of the mortgagor's possession, affords the highest presumption of *fraudulent intent,* amounting to *conclusive proof,* unless it be *rebutted* by such evidence as to make the good faith of the transaction appear affirmatively. The burden of proof to rebut that presumption, is thrown wholly upon the party claiming under the mortgage, and the question of *intent* is not to be determined by the court where such *proof is offered,* but it must be submitted to the jury.